# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135787(87)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LINCOLN WATKINS,
     Defendant-Appellant.

_____

SC: 135787
COA: 277905
Wayne CC: 06-008116

On order of the Chief Justice, the motion by Ralph Edward Parish for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2008

_____
Clerk